UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                          Plaintiff,

-against-

                                                        Case No. 7:16-mj-6779

Maurice Gonzalez

                          Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                    SO ORDERED.

                                                    Hon. Martin R. Goldberg
                                                    United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York